IN THE UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF ARKANSAS
FAYETTEVILLE DIVISION

ROBERT W. AVERY                                                                                                   PLAINTIFF

v.                                       Civil No. 13-5001

MAJOR DENZER; SHERIFF HELDER;
DEPUTY MATTHEWS; ARAMARK
FOOD SERVICE & COMMISSARY SUPPLY;
OFFICER NAISH; SERGEANT JOHNSON; and
JOHN and JANE DOE DETENTION OFFICERS                                              DEFENDANTS

**REPORT AND RECOMMENDATION OF THE MAGISTRATE JUDGE**

Plaintiff, Robert W. Avery, filed this action pursuant to 42 U.S.C. § 1983. He proceeds *pro se* and *in forma pauperis*.

On July 8, 2013, ARAMARK filed a motion for summary judgment (Docs. 60-62). On that same day, an order (Doc. 63) was entered directing Avery to complete an attached notice regarding the summary judgment motion. The notice required Avery to state whether he would file a response to the summary judgment motion on his own or was requesting the Court's assistance by the preparation of a questionnaire.

Avery was directed to return the attached notice by August 5, 2013. Avery was advised (Doc. 63) that if he failed to return the attached notice by August 5th, the case would be subject to summary dismissal for failure to obey the order of this Court and failure to prosecute this action.

To date, Avery has not returned the notice. He has not requested an extension of time to file the notice. The Court's order was sent to the address contained on the docket sheet. The order and attached notice have not been returned as undeliverable.

-1-

I therefore recommend that this case be dismissed based on Avery's failure to obey the order of the Court and his failure to prosecute this action. Fed. R. Civ. P. 41(b).

**The parties have fourteen (14) days from receipt of the report and recommendation in which to file written objections pursuant to 28 U.S.C. § 636(b)(1). The failure to file timely objections may result in waiver of the right to appeal questions of fact. The parties are reminded that objections must be both timely and specific to trigger de novo review by the district court.**

DATED this 15th day of August 2013.

/s/ *J. Marschewski*
HON. JAMES R. MARSCHEWSKI
CHIEF UNITED STATES MAGISTRATE JUDGE

AO72A
(Rev. 8/82)