```
            IN THE UNITED STATES DISTRICT COURT
               WESTERN DISTRICT OF ARKANSAS
                   FAYETTEVILLE DIVISION


ROBERT W. AVERY                                      PLAINTIFF

            v.              Civil No. 13-5001

MAJOR DENZER; SHERIFF HELDER;
DEPUTY MATTHEWS; ARAMARK FOOD
SERVICE & COMMISSARY SUPPLY;
OFFICER NAISH; SERGEANT JOHNSON; and
JOHN and JANE DOE DETENTION OFFICERS                DEFENDANTS
```

## O R D E R

Now on this 12th day of September, 2013, comes on for consideration the **Report And Recommendation Of The Magistrate Judge** (document #64), to which no objections have been made, and the Court, having carefully reviewed said Report And Recommendation, finds that it is sound in all respects, and that it should be adopted *in toto*.

IT IS THEREFORE ORDERED that the **Report And Recommendation Of The Magistrate Judge** is **adopted** *in toto*.

IT IS **FURTHER ORDERED** that, for the reasons stated in the **Report And Recommendation Of The Magistrate Judge**, plaintiff's claims are **dismissed**.

IT IS SO ORDERED.

```
                              /s/ Jimm Larry Hendren
                             JIMM LARRY HENDREN
                             UNITED STATES DISTRICT JUDGE
```